FILED
2022 MAR 10 AM 9:22
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ASHTIN MARKOWSKI,<br><br>    Plaintiff,<br><br>v.<br><br>BRIGHAM YOUNG UNIVERSITY,<br><br>    Defendant. | **FINAL JUDGMENT**<br><br>Case No. 2:20-cv-00872-JNP-CMR<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Cecilia M. Romero |

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Brigham Young University and against plaintiff Ashtin Markowski.

    DATED March 10, 2022.

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge